JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUTH CHEN AND GUILLERMO LUANSING, | CASE NUMBER: 8:15-CV-01334-CJC-KES |
| Plaintiffs, | ORDER OF DISMISSAL OF ENTIRE ACTION |
| vs. | DISTRICT JUDGE: THE HON. CORMAC J. CARNEY |
| IVY GLENN TERRACE, INC. and IVY GLENN TERRACE III, LLC and GAIL POSSELT, | COURTROOM: 9B |
| Defendants. | |

ORDER OF DISMISSAL

1

_____

Order of Dismissal of Entire Action

Based upon the stipulation of the parties, and good cause appearing, IT IS ORDERED:

1. The first through fourth causes of action in the complaint are hereby dismissed with prejudice as to all Defendants.
2. The fifth cause of action in the complaint based upon the California Labor Code Private Attorneys General Act of 2004 is hereby dismissed without prejudice as to all Defendants.

Dated: December 10, 2015

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Order of Dismissal of Entire Action